**Cyrus Yoo KIM, Plaintiff–Appellant,**

v.

**FEDERAL WAY POST OFFICE POSTMASTER, Defendant–Appellee.**

No. 08–35380.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 7, 2009.

Cyrus Yoo Kim, I, Federal Way, WA, pro se.

Kayla Stahman, Office of the U.S. Attorney, Seattle, WA, for Defendant–Appellee.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Cyrus Yoo Kim appeals pro se from the district court's judgment dismissing his action brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the dismissal of a *Bivens* action for failure to state a claim. *Adams v. Johnson,* 355 F.3d 1179, 1183 (9th Cir. 2004). We review for an abuse of discretion a district court's decision whether to retain supplemental jurisdiction. *Tritchler v. County of Lake,* 358 F.3d 1150, 1153 (9th Cir.2004). We affirm.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

■ The district court properly dismissed Kim's action because respondeat superior is inapplicable in a *Bivens* action. *See Terrell v. Brewer*, 935 F.2d 1015, 1018 (9th Cir.1991).

■ The district court did not abuse its discretion by declining to retain jurisdiction over Kim's state law tort claim once the *Bivens* claims were dismissed. *See* 28 U.S.C. § 1367(c)(3) ("The district court may decline to exercise supplemental jurisdiction over a claim under subsection (a) if the district court has dismissed all claims over which it has original jurisdiction.").

Kim's remaining contentions are unpersuasive.

**AFFIRMED.**